IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOE JULIANO,<br><br>    Plaintiff,<br><br>v.<br><br>KENTON ENGEL,<br><br>    Defendant. | **ORDER GRANTING PLAINTIFF'S [49] MOTION TO SEAL**<br><br>Civil No. 2:23-cv-00351-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

    Before the court is Plaintiff's Motion to Seal (Motion) (ECF 49) regarding Plaintiff's Reply (ECF 48) in support of his Motion for Summary Judgment (ECF 40). The Motion being narrowly tailored to protect only the specific information deserving of protection, pursuant to DUCivR 5-3 and for good cause appearing, the court hereby GRANTS the Motion (ECF 49) and ORDERS that the above-referenced documents shall remain under seal.

    DATED this 6 May 2024.

                                                    Magistrate Judge Cecilia M. Romero
                                                    United States District Court for the District of Utah